AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 20-cv-3244

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Kenneth J. Braithwaite, Secretary of the Navy was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* 11/19/2020 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Timothy J. Cothrel , who is designated by law to accept service of process on behalf of *(name of organization)* Robert J. Sander, General Counsel of the Navy on *(date)* 11-19-20 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 11/19/20

_____
Server's signature

Richard Martin
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

Print    Save As...    Reset