UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KENNETH SPRINGS, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>KENNETH J. BRAITHWAITE, Secretary )<br>of the U.S. Navy, *et al.*, )<br>)<br>Defendants. )<br>) | Civil Action No. 20-3244 (RDM) |

**DEFENDANTS' CONSENT MOTION FOR AN EXTENSION
OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**

Defendants, Secretary of the U.S. Navy Kenneth J. Braithewaite and the United States, by and through undersigned counsel, respectfully moves for a 21-day extension of time to respond to Plaintiffs' complaint, from January 19, 2021 to February 9, 2021. This is Defendants' first request for an extension of time in this action. In accordance with Local Civil Rule 7(m), the parties have conferred and Plaintiffs consented to the requested relief.

There is good cause for granting this motion. Plaintiffs filed this action on November 10, 2020, seeking declaratory and injunctive relief on behalf of themselves and a putative class against Defendants under the Administrative Procedure Act ("APA"). *See* Compl. (ECF No. 1). Specifically, Plaintiffs' lawsuit challenges, among other things, the Navy's policy to "exclude, when calculating [a] sailor or Marine's combined disability rating, the individual disability rating(s) assigned by the Department of Veterans Affairs (VA) using the VA Schedule for Rating Disabilities to medical condition[s] that were expressly found by the Navy to contribute to the unfitting condition[s]" of service members. *Id.* ¶ 3. Agency counsel for the Navy has started to prepare Defendants' answer to Plaintiffs' complaint. However, agency counsel requires

additional time to finalize the Navy's responses to the allegations in Plaintiffs' complaint. Receipt of information required for counsel to develop the Navy's responses from the Physical Evaluation Board ("PEB"), among other offices, has been delayed due to the intervening holidays and leave schedules of agency employees. In addition, undersigned counsel for Defendants is currently handling emerging legal matters as part of the upcoming Presidential Inauguration, which has limited the amount of time available for him to spend on his other docket of active cases. Additionally, undersigned counsel is faced with numerous other deadlines prior to the newly requested deadline, including several dispositive motions, discovery deadlines, and other filings. Because of these demands, additional time would be helpful for undersigned counsel to prepare Defendants' answer.

In light of the above, Defendants respectfully request that the Court grant this motion and extend the deadline to respond to Plaintiffs' complaint to February 9, 2021. A proposed order is attached.

Dated: January 15, 2021

Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By: /s/   *Christopher C. Hair*
CHRISTOPHER C. HAIR, PA Bar No. 306656
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2541
christopher.hair@usdoj.gov

*Counsel for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KENNETH SPRINGS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 20-3244 (RDM) |
| ) | |
| KENNETH J. BRAITHWAITE, Secretary ) | |
| of the U.S. Navy, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## [PROPOSED] ORDER

Upon consideration of Defendants' motion for an extension of time, is it hereby

**ORDERED** that Defendants' motion is **GRANTED**. Is it further **ORDERED** that Defendants' response to Plaintiffs' complaint is due by February 9, 2021.

**SO ORDERED**.

_____                              _____
Date                                                                      Hon. Randolph D. Moss
                                                                                    Chief United States District Judge