UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KENNETH SPRINGS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 20-3244 (RDM) |
| ) | |
| THOMAS W. HARKER, Secretary, ) | |
| United States Navy, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' CONSENT MOTION FOR AN EXTENSION OF TIME TO SUBMIT JOINT RULE 16.3 REPORT AND A CONTINUANCE TO FILE THE CERTIFIED LIST OF THE CONTENTS OF THE ADMINISTRATIVE RECORD**

Defendants, Thomas Harker, in his official capacity as the Acting Secretary of the Navy, and the United States, by and through undersigned counsel, respectfully move for a 14-day extension of time (*i.e.*, until March 25, 2021) to permit the Parties to submit their joint report pursuant to the Court's Order dated February 12, 2021, and for a continuance of the deadline for Defendants to file the certified list of the contents of the administrative record, to accommodate Defendants' forthcoming substitution of counsel. In support of this Motion, Defendants state as follows:

1. Plaintiffs filed this action on November 10, 2020, seeking injunctive relief on behalf of themselves and a putative class against Defendants under the Administrative Procedure Act ("APA"). *See generally* Compl. (ECF No. 1).

2. Defendants filed their answer on February 29, 2021 (ECF No. 19).

3. On February 12, 2021, the Court ordered the Parties to submit a report and a proposed scheduling order pursuant to Local Civil Rule 16.3(d) on or before March 11, 2021.

*See* ECF No. 20. The Court also set an Initial Scheduling Conference for March 18, 2021, at 10:00 a.m. via telephone.

4. Counsel for the Parties initially conferred via video conference on February 25, 2021.

5. On March 9, 2021, undersigned counsel for Defendants notified Plaintiffs that attorneys with the Federal Programs Branch, Civil Division of the U.S. Department of Justice will be handling this case moving forward. To facilitate the orderly transfer of case handling, Defendants respectfully request an extension of two weeks to permit new counsel to confer with Plaintiffs regarding the Parties' joint filing. Defendants similarly request a commensurate continuance of the March 18th status hearing.

6. Defendants also respectfully request a continuance of their deadline to submit the Navy's certified contents of the administrative record, which is due to be filed on March 9, 2021, pursuant to Local Civil Rule 7(n). Defendants intend to confer with Plaintiffs regarding a date for that submission, in addition to the other scheduling matters required to be addressed in the Parties' joint filing.

7. This is Defendants' second request for an extension of time in this action. In accordance with Local Civil Rule 7(m), undersigned counsel conferred with counsel for Plaintiffs and Plaintiffs graciously consented to the requested relief.

8. Considering the above, Defendants respectfully requests that the Court grant this motion and extend the deadline for the Parties to submit their joint report until March 25, 2021. A proposed order is attached.

\*   \*   \*

Dated: March 9, 2021    Respectfully submitted,

           CHANNING D. PHILLIPS
           Acting United States Attorney

           BRIAN P. HUDAK
           Acting Chief, Civil Division

       By: /s/ *Christopher C. Hair*
           CHRISTOPHER C. HAIR, PA Bar No. 306656
           Assistant United States Attorney
           555 Fourth Street, N.W.
           Washington, D.C. 20530
           (202) 252-2541
           christopher.hair@usdoj.gov

           *Counsel for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KENNETH SPRINGS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 20-3244 (RDM) |
| ) | |
| KENNETH J. BRAITHWAITE, Secretary ) | |
| Of the U.S. Navy, ) | |
| ) | |
| Defendant. ) | |

### [PROPOSED] ORDER

Upon consideration of Defendants' motion for an extension of time, is it hereby **ORDERED** that Defendant's motion is **GRANTED**. Is it further **ORDERED** that the Parties shall submit a report and a proposed scheduling order pursuant to Local Civil Rule 16.3(d) on or before March 25, 2021. It is **FURTHER ORDERED** that the Initial Scheduling Conference set for March 18, 2021, at 10:00 a.m. is **CONTINUED** until _____, 2021.

**SO ORDERED**.

_____                          _____
Date                                                                  Randolph D. Moss
                                                                            Chief United States District Judge