**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KENNETH SPRINGS *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>KENNETH BRAITHWAITE[1] *et al.*,<br><br>    *Defendants*. | Civil Action No. 20-3244 (RDM) |

**JOINT CONSENT MOTION TO MODIFY SCHEDULING ORDER AND
INCORPORATED MEMORANDUM IN SUPPORT**

Plaintiffs Kenneth Springs and Nathaniel Reese, with the consent of Defendants Thomas W. Harker, Secretary of the Navy, United States of America, by and through their respective counsel, respectfully move for a 14-day extension of time to file their Motion for Class Certification. In support of this motion, Plaintiffs state as follows:

1. On April 2, 2021, the Court issued an Order in this matter setting the following deadlines: (a) June 1, 2021 for Plaintiffs to file their Motion for Class Certification; (b) June 29, 2021 for Defendants to respond to the Motion for Class Certification; and (c) July 13, 2021 for Plaintiffs to file any reply to Defendants' response to the Motion for Class Certification.

2. On May 27, 2021, Defendants amended the contents of the administrative record.

3. In light of Plaintiffs' need to review and consider the amended record prior to filing their Motion for Class Certification, the parties have agreed to extend: (a) Plaintiffs' deadline to file their Motion for Class Certification until June 15, 2021; (b) Defendants' deadline to

---

[1] The parties have respectfully requested that Thomas W. Harker be substituted as a defendant in place of Kenneth Braithwaite pursuant to Fed. R. Civ. P. 25(d).

respond to the Motion for Class Certification until July 13, 2021; and (c) Plaintiffs' deadline to file any reply to Defendants' response to the Motion for Class Certification until July 27, 2021.

4. Defendants, unopposed by the Plaintiffs, have previously requested two extensions of time. This is the Plaintiffs' first request for an extension of time.

5. No pretrial conference or trial date has been scheduled in this matter. Consequently, the extensions requested in this consent motion will not affect any other dates or deadlines that have been set by the Court.

6. For the foregoing reasons, Plaintiffs, with the consent of the Defendants, therefore move this Court for an order modifying the Scheduling Order in this case with the deadlines set forth above. A proposed order is attached.

Respectfully submitted this 28th day of May, 2021

**DECHERT, LLP**

By   */s/ Christina Sarchio*
Christina Guerola Sarchio (456254)
1900 K Street NW
Washington, DC 20006

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KENNETH SPRINGS *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> KENNETH BRAITHWAITE *et al.*, <br><br> *Defendants*. | Civil Action No. 20-3244 (RDM) |

**[PROPOSED] ORDER**

Upon consideration of the Joint Consent Motion to Modify the Scheduling Order and Incorporated Memorandum in Support Thereof, the Court finds that good cause has been shown for the granting of this motion.

ACCORDINGLY, it is hereby ORDERED, that the Joint Consent Motion be, and it hereby is, GRANTED, and further ORDERED, that the Scheduling Order in this matter is modified to extend the deadline for the filing of class certification briefings. The new schedule shall be as follows:

Plaintiffs' Motion for Class Certification shall be filed on or before June 15, 2021;

Opposition memoranda shall be filed on or before July 13, 2021; and

Reply memoranda shall be filed on or before July 27, 2021.

SO ORDERED, this _____ day of _____, 2021.